IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE ANN GRIGSBY,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 6:18-cv-02189-MO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff's Motion [38] is hereby GRANTED as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $13,441.98, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $8,505.61 already received by counsel under the Equal Access to Justice Act.[1]

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Kevin Kerr, using the information on file with the Agency, consistent with this order.

IT IS SO ORDERED.

Dated this _____ day of October, 2023.

_____
Michael W. Mosman
United States District Judge

---

[1] This amount reflects seizures by the Treasury from the original award of $10,407.79.